UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**EDWARD KEITH JOHNSON, JR. (#379494)**

**VERSUS**

**DARREL VANNOY, et al.**

**CIVIL ACTION**

**NO. 20-356-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 12, 2023 (Doc. 27), to which an objection was filed and considered (Doc.28);

**IT IS ORDERED** that the Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus By a Person in State Custody filed by Edward K. Johnson (#379494) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability shall be **DENIED** if Petitioner seeks to pursue an appeal.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 27, 2023.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**